**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JACK BRANDON,<br><br>          Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | Case No.:  CV09-00274 JFW (PJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41]** |

   The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its own fees and costs.


DATE:  June 30, 2009                    _____
                                        HONORABLE JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE